## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

HILARY POWELL,

   Plaintiff,

                                          CASE NO.: 2:16-CV-00562-UA-CM

-vs-

WELLS FARGO BANK, N.A.,

   Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HILARY POWELL, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, HILARY POWELL, and Defendant, WELLS FARGO BANK, N.A, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: December 7, 2016

                                          */s/ Shaughn C. Hill*
                                          Shaughn C. Hill, Esquire
                                          Morgan & Morgan, Tampa, P.A.
                                          201 North Franklin Street, 7th Floor
                                          Tampa, FL 33602
                                          Telephone: (813) 223-5505
                                          Facsimile: (813) 223-5402
                                          Florida Bar #: 105998
                                          shill@forthepeople.com
                                          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on December 7, 2016, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings.

                                                                 */s/ Shaughn C. Hill*
                                                                 ATTORNEY
                                                                 Florida Bar #:  105998